IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.           No. 4:17-cr-312-DPM-22

MATTHEW STEVEN BOYD            DEFENDANT
Reg. No. 31659-009

## ORDER

Boyd moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history points because he was on parole when he committed his new crime. He would only receive one point under the amended Guidelines. This change, however, does not affect his sentencing range. Boyd still has thirty criminal history points and is a career offender, meaning he remains in criminal history category VI. His motion, *Doc. 1228*, is therefore denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

2 February 2024