# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　No. 4:17-cr-312-DPM-22

**MATTHEW STEVEN BOYD**　　　　　　　　　　　　　　**DEFENDANT**
Reg. No. 31659-009

## ORDER

Boyd has filed another motion to reduce his sentence based on amendments to the Sentencing Guidelines. The motion, *Doc. 1239*, is denied for the reasons stated in the previous Order, *Doc. 1232*. The Court directs the Clerk to send Boyd a copy of *Doc. 1232*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2024